IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

QUANTUM TECHNOLOGY                      :
INNOVATIONS, LLC,                       :
                                        :
                Plaintiff,              :
                                        :
        v.                              :    Case No. 22-585-RGA
                                        :
CURIOSITYSTREAM INC. a/k/a              :
CURIOSITYSTREAM OPERATING INC.          :    JURY TRIAL DEMANDED
a/k/a CURIOSITY, INC., LEARN25, INC.,   :
and ONE DAY UNIVERSITY a/k/a            :
CURIOSITY, INC.,                        :
                                        :
                Defendants.             :

**AGREED-UPON MOTION AND
[PROPOSED] ORDER TO EXTEND TIME**

Counsel for Plaintiff, Quantum Technology Innovations, LLC, was in contact with a representative of Defendants CuriosityStream Inc. a/k/a CuriosityStream Operating Inc. a/k/a Curiosity, Inc., Learn25, Inc., and One Day University a/k/a Curiosity, Inc. and agreed, with the Court's permission, that the deadline for CuriosityStream Inc. a/k/a CuriosityStream Operating Inc. a/k/a Curiosity, Inc., Learn25, Inc., and One Day University a/k/a Curiosity, Inc., to answer, plead, or otherwise respond to the Complaint (D.I. 1) shall be further extended through and including February 3, 2023, including in order for the parties to continue their ongoing efforts to resolve this case.

Dated: December 2, 2022                 Respectfully submitted,

                                        /s/ John C. Phillips, Jr.
                                        John C. Phillips, Jr. (#110)
                                        David A. Bilson (#4986)
                                        PHILLIPS, MCLAUGHLIN & HALL, P.A.
                                        1200 North Broom Street
                                        Wilmington, Delaware 19806
                                        (302) 655-4200

jcp@pmhdelaw.com
dab@pmhdelaw.com

Of Counsel:
Shea N. Palavan
PALAVAN & MOORE, PLLC
5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)
shea@houstonip.com

*Attorneys for Plaintiff,*
*Quantum Technology Innovations, LLC*


SO ORDERED this _____ day of_____, 2022.


_____
UNITED STATES DISTRICT JUDGE

2