# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| QUANTUM TECHNOLOGY INNOVATIONS, LLC, | : <br> : <br> : |
| Plaintiff, | : <br> : <br> : |
| v. | :    C.A. No. 22-585-RGA <br> : |
| CURIOSITYSTREAM INC. a/k/a CURIOSITYSTREAM OPERATING INC. a/k/a CURIOSITY, INC., LEARN25, INC., and ONE DAY UNIVERSITY a/k/a CURIOSITY, INC., | : <br> : <br> : <br> : <br> : <br> : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), Plaintiff Quantum Technology Innovations, LLC hereby respectfully gives notice that this action is voluntarily dismissed with prejudice. Defendants CuriosityStream Inc. a/k/a CuriosityStream Operating Inc. a/k/a Curiosity, Inc., Learn25, Inc., and One Day University a/k/a Curiosity, Inc. have not served an answer or motion for summary judgment or otherwise responded to the Complaint (D.I. 1) in this action.

Dated: February 2, 2023

Respectfully submitted,

*/s/ John C. Phillips, Jr.*
John C. Phillips, Jr. (#110)
David A. Bilson (#4986)
PHILLIPS, MCLAUGHLIN & HALL, P.A.
1200 North Broom Street
Wilmington, Delaware 19806
(302) 655-4200
jcp@pmhdelaw.com
dab@pmhdelaw.com

Of Counsel:
Shea N. Palavan
PALAVAN & MOORE, PLLC

5353 West Alabama Street, Suite 303
Houston, Texas 77056
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (832) 800-4133
Facsimile: (855) PALAVAN (725-2826)
shea@houstonip.com

*Attorneys for Plaintiff,*
*Quantum Technology Innovations, LLC*